# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| TONY TREMAYNE LEWIS, | ) |
| | ) |
|     **Plaintiff-Appellant,** | ) |
| | ) |
| v. | )    Case No. 24-3098 |
| | ) |
| JEFF ZMUDA, *Kansas Secretary of Corrections, et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## DEFENDANT'S NOTICE OF NON-PARTICIPATION

Defendant Jeff Zmuda, through Assistant Attorney General Matthew L. Shoger, notifies the Court and parties that he does not intend to participate in this appeal. This case was dismissed on screening under the Prison Litigation Reform Act, 28 U.S.C. § 1915A. For cases that fall under the PLRA, defendants are not expected to respond to a complaint or (as reasonably follows) to an appeal based on that complaint unless the complaint survives screening. Here, the Complaint did not survive screening under the PLRA, so Defendants are not legally expected to respond.

To stay informed on the status of the case, the undersigned counsel wishes to continue receiving notice of orders issued in the case.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant Zmuda*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Tony Tremayne Lewis #98308
El Dorado Correctional Facility-Central
P.O. Box 311
El Dorado, KS 67042
*Plaintiff-Appellant, pro se*

                                             */s/ Matthew L. Shoger*
                                             Matthew L. Shoger
                                             Assistant Attorney General