UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| TROY TREMAYNE LEWIS,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>JEFF ZMUDA, *Kansas Secretary of Corrections*, *et al.*,<br><br>    Defendants. | Case No.  24-3098 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

Jeff Zmuda, Secretary of Corrections, Defendant, in the above-captioned case.

Matthew L. Shoger, Asst. Attorney General
Name of Counsel

Name of Counsel

*/s/ Matthew L. Shoger*
Signature of Counsel

Signature of Counsel

120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
(785) 296-2215
Mailing Address and Telephone Number

Mailing Address and Telephone Number

matt.shoger@ag.ks.gov
E-Mail Address

E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below:

**David C. Ferris**
*Defendant*

**Darcie Holthaus**
*Defendant*

**Phillip C. Marley**
*Defendant*

**Maria G. Bos**
*Defendant*

**Shawn R. Chastain**
*Defendant*

**Alexander Owens**
*Defendant*

**Jarris J. Perkins**
*Defendant*

**Brian M. Buchholz**
*Defendant*

**Jeremy L. Hoepner**
*Defendant*

**Isaiah J.O. Barker**
*Defendant*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**Tommy Williams**
*Defendant*

**Brett A. Sissell**
*Defendant*

**Jessica Ramsdell**
*Defendant*

**Laine C. Barnard**
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Laine.Barnard@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

**Natasha Carter**
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

July 30, 2024
Date

*/s/ Matthew L. Shoger*
Signature

## CERTIFICATE OF SERVICE

I hereby certify that:

☐      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On July 30, 2024, I sent a copy of this Entry of Appearance Form by first-class mail, postage prepaid, to Tony Tremayne Lewis (#98308) at his last-known address of:

>El Dorado Correctional Facility-Central
>P.O. Box 311
>El Dorado, KS 67042

July 30, 2024
Date

*/s/ Matthew L. Shoger*
Signature