# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Tony Tremayne Lewis #98308
Plaintiff/Petitioner - Appellant,

v.

Secretary of Corrections
Jeff Zmuda
Defendant/Respondent - Appellee.

Case No. 24-3098

Appellant/Petitioner's Opening Brief

## NOTICE AND INSTRUCTIONS

*Let it be known Plaintiff request Appellant Counsel to be appointed please*

If you proceed on appeal pro se, the court will accept a properly completed Form A-12 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. If you need more space, additional pages may be attached. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a review of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

# APPELLANT/PETITIONER'S OPENING BRIEF

**1. Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.) Since 2020 until now, many employees working for the KDOC (Kansas Dep't of Correction have commited adverse actions aganist the Plaintiff, out of retailiation for his chances of post-conviction relief and his Hebrew faith. The Plaintiff filed a timely 1983 Bivens complaint, which consisted of a consolidated number of issues - that are seriously gross violations of his rights protected by the United States Constitution Despite the established laws mentioned in his complaints and the evidence submitted as exhibits the Judge dismissed all of the issues for alledging no claims were stated.
After filing the 1983 complaint, the prison staff continued to harass and commit adverse actions against the Plaintiff and the appellant then tried to amend into his complaint additional claims, however, despite the merit, those claims werent entertained.
Appointed Counsel was never given to the Plaintiff, despite the merit of those request. The Plaintiff now appeals.

**2. Statement of Facts Relevant to the Issues Presented for Review.**
Simply review record, The Plaintiff wasnt given a fair proceeding or any proceeding at all, when one was warranted, by law

*Note to Court: Plaintiff needs Appellant Counsel appointed to effectively convey the merit of the need of reversal*

3. **Statement of Issues.**

   a. **First Issue:** Failure to appoint Plaintiff Counsel Despite Vaild Reasons

   **Argument and Authorities:** The offenses aganist the Plaintiff were personal and gross and lasted over a ~~cous~~ course of three years. Out of the multiple claims within his complaint (one) survived a Martinez Report, and because so, counsel was required. Counsel was rejected; and that denial *was* in contravention to the established law of cases such as Abdullah v. Gunter.

   b. **Second Issue:** District Court *erronously* dismissed claim about $900 being stolen from Plaintiff's banking account.

   **Argument and Authorities:** These arguments and authorities are not much different than the Argument and Authorities within filed 1983 Bivens complaint. The 900$ was approved to be deducted from Plaintiff's account but only for the forwarding to Riley County Court, for legal matters pertaining to Power-of-attorney and also the cost of filing a petition [aganist KDOC] for an unrelated matter.

   Instead of sending the $900 check to Riley County Court, KDOC ~~a~~ conspired to steal the check and send it to a payment center for court fees and restitution the Plaintiff wasnt obligated to pay until post-release.

   In addition, when Plaintiff reported issue to prison's law enforcement EAI, they—through one agent—refused to help Plaintiff investigate, or pursue charges aganist culprits.

   A reversal of this claim is warranted due to the authorities mentioned within his complaint.

4. Do you think the district court applied the wrong law? If so, what law do you want applied? Yes. I want the correct laws applied which will and must warrant a reversal back to the United States District Court. For example, a reversal is warranted if this court applies the law established in Abdullah v. Gunter.

5. Did the district court incorrectly decide the facts? If so, what facts? Absolutely! With regard to Count I, of the Court's Memorandum and Order, the Court dismissed the claim behind misconception that the $900 check wasn't stolen but... was lost.
Plaintiff needs counsel appointed to elucidate the rest of the misconceived facts.

6. Did the district court fail to consider important grounds for relief? If so, what grounds? Refer to Count III, Court failed to consider the fact that without proper due process he couldn't be denied the 600.00 which was on the tablet. Using the tablet might not be a protected liberty interest, however, access to the Plaintiff's money on the tablet is a protected liberty interest.

7. Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what? The district court's judgment was fueled by a hatered toward incarcerated persons.

8. What action do you want this court to take in your case? A reversal, and remand that the Court appoint effective civil rights counsel who supports minoritre's well-being under the U.S. Constitution.

9. Do you think the court should hear oral argument in this case? If so, why?
If needed yes, but Plaintiff needs appeal counsel appointed due to his level of duress from the many severe acts of retailiation KDOC is and has subjected him to.

_August 27, 2024._  _Jon Lewis_
Date                Signature

Tony T. Lewis #98308
EDCF
PO Box 311
El Dorado, KS 67042



United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Scanned by US Marshal