# CERTIFICATE OF SERVICE

I hereby certify that:

[✓] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On __August 19, 2024__ I sent a copy of the Pro Se Entry
       [date]

of Appearance Form to: __Matthew L. Shoger__

at __120 SW 10th Ave 2nd Floor__

__Topeka, Kansas 66612-1597_____, the last known

address/email address, by __E-File mail to Courts__.
                            [state method of service]

__August 19, 2024__
Date

__Tony Lewe__ (signature)
Signature

## CERTIFICATE OF INTERESTED PARTIES
(attach additional pages if necessary)

A-5 Pro Se Entry of Appearance Form 12/22

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below:

        **David C. Ferris**
        *Defendant*

        **Darcie Holthaus**
        *Defendant*

        **Phillip C. Marley**
        *Defendant*

        **Maria G. Bos**
        *Defendant*

        **Shawn R. Chastain**
        *Defendant*

        **Alexander Owens**
        *Defendant*

        **Jarris J. Perkins**
        *Defendant*

        **Brian M. Buchholz**
        *Defendant*

        **Jeremy L. Hoepner**
        *Defendant*

        **Isaiah J.O. Barker**
        *Defendant*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

**Tommy Williams**
*Defendant*

**Brett A. Sissell**
*Defendant*

**Jessica Ramsdell**
*Defendant*

**Laine C. Barnard**
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Laine.Barnard@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

**Natasha Carter**
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Natasha.Carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

☐   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

July 30, 2024
Date

/s/ Matthew L. Shoger
Signature