FILED
United States Court of Appeals
Tenth Circuit

October 7, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

TONY TREMAYNE LEWIS,

    Plaintiff - Appellant,

v.

JEFF ZMUDA, a/k/a Jeffery Zmuda, et al.,

    Defendants - Appellees.

No. 24-3098
(D.C. No. 5:23-CV-03236-JWL)
(D. Kan.)

_____

**ORDER**

_____

    This matter is before the court on Appellant's Response to Order Denying Motion construed as a motion to reconsider our Dkt. No. 15 order. The motion as construed is referred to the panel who will decide this appeal on the merits. No ruling will issue at this time.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk