November 25, 2024

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2024 DEC -5 AM 10: 56

From: Tony T. Lewis 98308
To: United States Court of Appeal (For The 10th Circuit)

Subject: Appeal of District Court ~~Order~~ Dismissal
Case no: 5-23-CV-3236-JWL
(Attorney needed)

Dear Court,

Several weeks ago I sent to this court written reasons why I must be provided appointed-counsel, to perfect the briefs pertaining to my appeal of the case no above. Since then I haven't been notified on who my attorney is, or why no attorney will be appointed.

I really need an attorney on this matter, for Ive been subjected to more retaliation from prison staff since filing this appeal. And everytime I seek to preserve the camera footage of some retailitorial ordeal, the prison rejects my request, claiming they will only preserve footage upon an attorney's request.

I continue to express my rights as a Pro Se litigant, but it goes to no avail. Please, promptly provide me an attorney so I can get these consolidated claims of civil right violations back in front of the dismissing Judge. As you should now know, my case holds too much merit to deem appointment-of-counsel undeserving

Sincerly expressed
Tony T. Lewis
98308
EDCF
PO Box 311
El Dorado, KS 67042

Tony T. Lewis 98308
EDCF
PO Box 311
El Dorado, Kansas 67042

United States Court of Appeal
For The Tenth District Circuit
Byron White US Courthouse 11823 Stout St
Denver, CO 80257

Scanned by
US Marshal