Mitigating circumstance exsit:
↓

July 29, 2025

From: Tony Tremayne Lewis 98308
El Dorado Correctional Facility
PO Box 311
El Dorado, Kansas 67042

Case no: 24-3098

Dear Court Clerk: Jane K. Castro

On July 28, 2025 I received a response to the letter I sent last month. I am not pleased with your response, for I found it to be vauge, rude, and highly unconstitutional, and for the latter I must ignite civil suit liability pursuant to 42 Section 1983, **if** your Chief Judge does not learn of this last effort and reconsider my Motion For Reconsideration, because as of right now it really does appear this Courthouse has accepted bribes to disregard my rights under the 14th amendment.

And for that presumption I will sue not only this Chief Deputy Clerk, but the County in which this Courthouse is located. This letter must be brought to the attention of a Judge in this Courthouse, because...

In my previous letter I explained to this court how my Motion For Reconsideration must not be deemed "untimely", and my reasons are supported by not only common sense, but law. There is no justifiable way you (Chief Judge) can continue to shun my evidence showing my claims not to be "conclusory", when you've learned I **did** not receive this court's Judgement and Order in a timely manner, nor by the rules of your court.

This court is punishing me, because of something I had no control of — that is unconstitutional! I've told you: I didn't receive the Judgment and Order until June 2nd, 2025, because when it was originally composed in April, either this court clerk or forgot to include it, or the mailroom staff at my prison

opened my legal mail and removed it before sending me the other contents. I showed diligence in the matter, for I had my unit team counselor Miss Whitley confirm this to you via telephone on the same day she gave me what was suppose to include, the Judgment and Order. I was suppose to have received a copy of the Judgment and Order within 8 business days, however, receiving it took an entire month! When I received it, on June 2nd, I applied diligence to the matter by composing a response and attaching supporting documentation, all which I mailed off on June 7th, 2025.

I didnt wait 15 days to mail this Court the evidence to support my Motion For Reconsideration, that task took me merely 5 days; so for these reasons, I can not legally be barred from having my Motion and it's evidence accepted by this Courthouse. Doing that will violate my First Amendment right to effectively petition to the government, and I can win from Denver $50 million dollars if you continue to beguile me out of justice, like you clearly are doing.

This is your final respectfully-given warning.

So, now that you have learned of these facts (again) will you or will you not accept my Motion-For-Consideration and the evidence I'd submitted to prove that my claims/allegation werent "conclusory"?

* I want a written dissent or concurrence, not another copy of the letter dated 6/17/2025; because, sending that letter (as a response) to my previous letter, can be deemed a tacit way of cursing hatred at me. i.e. "This Courthouse does not care about your rights you Nigger-Jew!"

I look forward to hearing back from you soon. Shalom.

Sincerly expressed - Tony T. Lewis

Tony T. Lewis 98308
El Dorado Correctional Facility
PO Box 311
El Dorado, KS 67042

WICHITA KS 670
1 AUG 2025 PM 2 L



quadient
FIRST-CLASS MAIL
IMI
$000.74
08/01/2025 ZIP 67042
043M31240048

Attn: Chief Deputy Clerk
United States Court of Appeals Tenth Circuit
Byron White United States Courthouse
Denver, Colorado 80257

Scanned by US Marshal

80257-