UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 15, 2024

Tony Tremayne Lewis
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
#98308

**RE:**  **24-3098, Lewis v. Zmuda, et al**
Dist/Ag docket: 5:23-CV-03236-JWL

Dear Appellant:

Please note the following requirements for prosecuting this matter.

In our previous correspondence, you were given a deadline in which to file an entry of appearance form with the court. To date, we have not received that form. You must submit an entry of appearance form within 40 days of the date of this letter. An additional form will be provided to you.

The record on appeal in this case will consist of copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.4(E). As such, you do not need to submit any record materials to the court.

A separate fee is due for initiating an appeal to the circuit court. You are required to pay the $605.00 fee ($5.00 filing fee and $600.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees. Since the fee for this appeal has not been paid and district court has not granted you leave to proceed on appeal without prepayment of fees, you must pay the $605.00 fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment of fees as provided in Fed. R. App. P. 3(e). You may complete the Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form (which will be provided to you) and return it to this court within 40 days of the date of this letter. Unless the fee is paid to the district court or the form is returned to this court within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Under the Prisoner Litigation Reform Act prisoners are required to pay the full amount of the filing fee. *See* 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the statute. They include, but are not limited to, providing a certified copy of your trust fund statement for the preceding six months, and consenting to the collection of the funds from your account by your custodian.

You must file an opening brief within 40 days from the date of this letter. You may use the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief could result in dismissal of this appeal without further notice. *See* 10th Cir. R. 42.1. Copies of the brief must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

The appellee may file an answer brief within 30 days after filing and service of your opening brief. Copies of the brief must be served on all opposing counsel and all unrepresented parties.

If the appellee files an answer brief, you may file a reply brief. Your reply brief must be filed within 21 days after filing and service of appellee's answer brief. If your appeal has more than one appellee, they may each file a separate answer brief. Regardless of how many answer briefs are filed, you may only file one reply brief. Copies of your reply brief must be served on all opposing counsel and all unrepresented parties.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Matthew Shoger

CMW/at